# IN THE SUPREME COURT OF THE STATE OF NEVADA

MICHAEL DEAN ADKISSON,
                  Appellant,
          vs.
ISIDRO BACA, WARDEN, NNCC,
                  Respondent.

No. 76136



FILED

JUN 2 3 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
      DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order transferring a postconviction petition for a writ of habeas corpus to the Eighth Judicial District Court. First Judicial District Court, Carson City; James E. Wilson, Judge.

Because no statute or court rule permits an appeal from the aforementioned order, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Pickering

_____, J.
Gibbons

_____, J.
Hardesty

cc:   Hon. James E. Wilson, District Judge
      Michael Dean Adkisson
      Attorney General/Carson City
      Carson City Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

18-24839